

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Melerie Villalobos, | § | No. 08-17-00184-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 2 |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20150C00038) |
| | § | |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **August 3, 2018.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before August 3, 2018.

IT IS SO ORDERED this 21st day of June, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.